McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00138-LJO-SKO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ARA GARABED DOLARIAN, | |
| Defendant. | |

Based upon the plea agreement entered between the United States and defendant Ara Garabed Dolarian, and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), Ara Garabed Dolarian's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

 a. Approximately $3,801,034.94 seized from Citibank Account Number 206054579, held in the name of Arthur Ave. Consulting, Inc.

 b. Approximately $21,865.67 seized from Citibank Account Number 205912785, held in the name of Arthur Ave. Consulting, Inc.

 c. Approximately $120,883.59 seized from Bank of America Account Number 000571161654, held in the name of Martel 3D, LLC, and

PRELIMINARY ORDER OF FORFEITURE                1

    d. Approximately $50,000.00 seized from the California Franchise Tax Board, sourced from funds withdrawn from Bank of America Savings Account Number 325016557963, held in the name of Martel 3D, LLC.

  2. The above-listed assets constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 371.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Customs and Border Protection in its secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

  6. Within sixty days from entry of a Final Order of Forfeiture, the U.S. Customs and Border Protection shall return the 2011 BMW X3, License Number: 7FVG036, VIN: 5UXX5C548L716300 to defendant Ara Garabed Dolarian.

IT IS SO ORDERED.

Dated: **September 20, 2019**    **/s/ Lawrence J. O'Neill**
                  UNITED STATES CHIEF DISTRICT JUDGE