George B. Newhouse, Esq. (State Bar No. 107036)
RICHARD CARRINGTON LLC
545 Figueroa St, 7th Fl.
Los Angeles, California 90071
Phone: (213)348-9016
Facsimile: (213) 348-9017
george@richardscarrington.com

Attorneys for Defendant,
ARA GARABED DOLARIAN

McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00138-NONE |
|---|---|
| Plaintiff, | STIPULATION REGARDING MODIFICATION OF TERMS AND CONDITIONS OF BAIL; ORDER |
| v. | |
| ARA GARABED DOLARIAN, | |
| Defendant. | |

**STIPULATION**

Defendant Ara Garabed Dolarian, by and through his counsel of record, George B. Newhouse, Jr., and Plaintiff United States of America, by and through its counsel of record, Grant B. Rabenn, hereby stipulate and agree as follows:

1.      Defendant has pleaded guilty to an information and has complied with all the terms of conditions imposed by the Court in granting his release pending sentencing, and has complied with all requirements supervised by Pretrial Service Agency;

STIPULATION REGARDING MODIFICATION OF TERMS
AND CONDITIONS OF BAIL

2.      Pretrial Services Agency (PSA), having been notified of this stipulation to modify terms and conditions of bail, and has no objections thereto.

3.      By this stipulation, the Parties respectfully move the court to modify the terms and conditions of bail by eliminating the travel restriction on defendant to the Eastern District of California and  the Central District of California, to allow travel within the United States with prior notice to and approval of PSA.

4.      Therefore, the Parties request that the court make the following changes:  (1) that condition G will be removed (location monitoring and curfew);  (2) Condition B be modified to state, "You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer; (3) travel restricted to within the United States." Finally, the parties agree that the modified Order should read: "All prior orders not in conflict with this Order shall remain in full force and effect."

**IT IS SO STIPULATED**.

Dated:  September 3, 2020                          MᶜGREGOR W. SCOTT
                                                                       United States Attorney


                                                                        /s/ GRANT B. RABENN
                                                                       GRANT B. RABENN
                                                                       Assistant United States Attorney


Dated:  September 3, 2020                          /s/ GEORGE B. NEWHOUSE, JR
                                                                       GEORGE B. NEWHOUSE, JR.
                                                                       Counsel for Defendant
                                                                       ARA GARABED DOLARIAN


**FINDINGS AND ORDER**

HAVING REVIEWED THE FOREGOING STIPULATION AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated:   **September 3, 2020**              _____

                                                                       UNITED STATES DISTRICT JUDGE