George B. Newhouse, Esq. (State Bar No. 107036)
RICHARD CARRINGTON LLC
545 Figueroa St, 7th Fl.
Los Angeles, California 90071
Phone: (213)348-9016
Facsimile: (213) 348-9017
george@richardscarrington.com

Attorneys for Defendant,
ARA GARABED DOLARIAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00138-NONE |
|---|---|
| Plaintiff, | **DEFENDANTS UNOPPOSED EX PARTE APPLICATION FOR ORDER PERMITTING OVERSEAS TRAVEL; ORDER** |
| v. | |
| ARA GARABED DOLARIAN, | |
| Defendant. | |

**EX PARTE APPLICATION**

Defendant Ara Garabed Dolarian ("Defendant"), by and through his counsel of record, George B. Newhouse, Jr., hereby respectfully applies *ex parte* for an order permitting Defendanntt to travel overseas while on bond, and awaiting sentencing.  This application is not opposed by Pre-trial Services Agency or the United States Attorney's Office, as each have been consulted, provided with a copy of Mr. Dolarian's proposed itinerary and stated that they have "no objection" to the proposed travel.  For the Court's background the following is based on Newhouse Declaration filed herewith:

1. On June 27, 2019, Defendant pleaded guilty to an information charging him with a violation of 18 U.S.C. § 371, Conspiracy to Violate the Arms Export Control Act.  He has since complied with all the terms of conditions imposed by the Court in granting his release pending sentencing.  Defendant has been supervised successfully by Pretrial Service Agency (PSA).

2. Defendant's sentencing is set for September 24, 2021,

3. PSA, having been notified of this application to modify terms and conditions of bail so as

to allow foreign travel as set forth in the itinerary provided to PSA, has no objections thereto.

4. The United States Attorney's Office, through the Assistant U.S. Attorney assigned to this case, Jeffrey A. Spivak, has no objection to the travel proposed in the itinerary set forth in the accompanying declaration of George B. Newhouse, Jr. (Ex. A)

5. Defendant seeks leave to travel to Greece, where he intends to get married to a citizen of Bulgaria, who, during these times of COVID-19 has found it difficult to obtain a VISA to visit the United States.

6. Now, therefore, by this *ex parte* application, Defendant respectfully seeks an order modifying the terms and conditions of bail by allowing travel outside the United States as set forth in the itinerary attached to the Newhouse Declaration.

Dated: July 21, 2021

**RESPECTFULLY SUBMITED**.

  /s/ GEORGE B. NEWHOUSE, JR.  
GEORGE B. NEWHOUSE, JR.
Counsel for Defendant
ARA GARABED DOLARIAN

**FINDINGS AND ORDER**

HAVING REVIEWED THE FOREGOING EX PARTE APPLICATION AND GOOD CAUSE APPEARNGING,

IT IS SO ORDERED.

Dated: **August 3, 2021**

_____
UNITED STATES DISTRICT JUDGE

EX PARTE APPLICATION REGARDING MODIFICATION OF
BAIL TO PERMIT FOREIGN TRAVEL

2