November 23, 2021

Court Case Number: no. 642624236  Ara Dolarian

Honorable Dale A. Drozd

1:19-CR-00138-NONE-SKO-1

My son, Ara Dolarian, pleaded guilty to a felony over two years ago in federal court in Fresno CA. The prosecuting attorney argued strongly for him to remain in jail because he was a "flight risk." The judge saw fit to offer bail at over $1 million, and I put up my commercial building on Shaw Avenue in Fresno as the bail. The family believed at the time that Ara was not a flight risk and he has proven to be true to his commitment not to flee.

The building, 2369-2377 E Shaw Avenue, Fresno, CA 93710, is likely worth well over $1,400,000 at market value, and I have owned it for nearly 50 years. It has no connection at all to Ara's business or his professional activities. It is a primary source of my income. The court was obviously satisfied to accept the building, considering its value is well over the actual amount of bail.

This October I had brain surgery the surgeons removed a 6 inch wide tumor from my left lobe, and I am 86 years old. I am in recovery and need constant extra care.

My son's sentencing has been postponed numerous times since his guilty plea. Nearly a year ago, they had his ankle bracelet removed and whoever is managing his case returned his passport to him and said that he was free to travel anywhere in the world.

Evidently, the "flight risk" has disappeared from the concerns of the prosecution. That being the case, I hereby request that my building, sitting as bail on my son's case, be removed from its position as bail and be returned to me.

The government has demonstrated that they no longer believe he is a flight risk, so the government is holding bail so far out of the realm of reason that it's time to reduce that bail and return the building.

At 86 years old, recovering from brain surgery and having the stress of my 60 year old son in the position he is in, it seems unreasonable for the government to demand and hold my building as bail.

I am asking that you return my building to me and remove it as a condition of bail. I am asking for my security back.

Sincerely,

*Rose Dolarian*
Rose Dolarian

[Handwritten margin note: In Exon prop Bond]

FILED
DEC 06 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

RECEIVED
DEC 06 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK