UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARA DOLARIAN,<br><br>                    Defendant. | CASE NO.  1:19-CR-00138-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO OPEN DISCOVERY AND SETTING HEARING**<br>**(Doc. 112)** |

    Based upon the stipulation of the United States and the Republic of Nigeria (Doc. 112), the Court **ORDERS**:

    1.    Discovery is open, and the parties may engage in discovery for a period of 90 days;

    2.    The Court sets a hearing on the Republic of Nigeria's petition to modify the preliminary order of forfeiture (Doc. 99) on September 30, 2024 at 1:30 p.m.

IT IS SO ORDERED.

    Dated:    __**March 29, 2024**__                    _____
                                                                                UNITED STATES DISTRICT JUDGE