PHILLIP A. TALBERT
United States Attorney
KEVIN KHASIGIAN
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARA DOLARIAN,<br><br>                    Defendant.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>                    Petitioner. | CASE NO. **1:19-CR-00138-JLT-SKO**<br><br>JOINT NOTICE OF SETTLEMENT<br><br>DATE: September 30, 2024<br>TIME: 1:30 p.m.<br>COURT: Hon. Jennifer L. Thurston |

## **JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT:

Petitioner The Federal Republic of Nigeria and Plaintiffs United States of America submit this Joint Notice of Settlement and advise the Court as follows:

The Parties are finalizing an agreement that will settle all remaining disputes between them. The Parties request that the Court enter the submitted proposed order giving them until October 28, 2024 to file a settlement agreement. The proposed settlement agreement in this case is subject to approval by the Deputy Attorney General of the United States.

The Parties are requesting that the September 30, 2024 hearing in this matter be vacated, and that the Court schedule a Status Conference on November 4, 2024.

Dated:  September 27, 2024  

PHILLIP A. TALBERT  
United States Attorney

By:  /s/ JEFFREY A. SPIVAK  
JEFFREY A. SPIVAK  
Assistant United States Attorney

Dated:  September 27, 2024  

By: /s/ JOVI G. USUDE APC  
LAW OFFICE OF JOVI G. USUDE APC  
Attorney for Petitioner  
Federal Republic of Nigeria  
(Approved via phone)

## ORDER

The September 30, 2024 hearing in this matter is vacated.  The Parties are ordered to file a settlement agreement or status report by October 28, 2024.  The parties are reminded that attorney, George Arslanian, has filed a document purporting to claim the sums subject to forfeiture on behalf of Societe'd Equipment Internationaux (Doc. 114). The settlement agreement or status report SHALL address this filing also.

The Court sets a Status Conference in this matter for November 4, 2024 at 11:30 am.

IT IS SO ORDERED.

Dated:  **September 28, 2024**

UNITED STATES DISTRICT JUDGE