PHILLIP A. TALBERT
United States Attorney
KEVIN KHASIGIAN
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ARA DOLARIAN,<br><br>                              Defendant.<br>_____<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>                              Petitioner. | CASE NO.  **1:19-CR-00138-JLT-SKO**<br><br>UNITED STATES' STATUS REPORT RE: SETTLEMENT<br><br>DATE: November 4, 2024<br>TIME: 11:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

## UNITED STATES' STATUS REPORT RE SETTLEMENT

On September 27, 2024, the parties submitted a joint notice of settlement.  In the notice, the parties advised the Court that they were working on finalizing an agreement that will settle all remaining disputes between them.  The parties requested that the Court schedule a Status Conference on November 4, 2024 and order the parties to file a settlement agreement or a status report by October 28, 2024.

///

///

///

///

According to the Department of Justice's Money Laundering Recovery Section (MLARS), "[t]he settlement in the above captioned matter requires approval by Department leadership. The settlement is proceeding through the review process."   MLARS suggested the United States Attorney's Office seek an additional 30 days.  Accordingly, the United States[1] requests that the Court continue the November 4, 2024 hearing in this matter to December 9, 2024 and order the parties to file a settlement agreement or status report by December 2, 2024.

Dated:  October 28, 2024

PHILLIP A. TALBERT
United States Attorney


By:   /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney


### ORDER

The November 4, 2024 hearing in this matter is continued to December 9, 2024.  The parties are ordered to file a settlement agreement or status report addressing their claims (and any claims submitted to the Court by Societe'd Equipment Internationaux (Doc. 114)) by December 2, 2024.

IT IS SO ORDERED.

Dated:   **October 28, 2024**

UNITED STATES DISTRICT JUDGE

---

[1] The United States was not able to reach counsel for Petitioner to obtain Petitioner's position on the United States' request.