PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
JEFFREY A. SPIVAK
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARA GARABED DOLARIAN,<br><br>Defendant. | CASE NO. 1:19-CR-00138-JLT-SKO<br><br>STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON |

IT IS HEREBY STIPULATED, by and between plaintiff United States of America and petitioner Federal Republic of Nigeria ("FRN" or "Petitioner"), through their counsel of record, to recognize the interest of FRN in the assets forfeited from defendant Ara Garabed Dolarian ("Dolarian"), and to request the entry of a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

1.  On January 29, 2020, this Court entered an Amended Preliminary Order of Forfeiture based upon the plea agreement entered into between the United States and defendant Dolarian forfeiting to the United States the following property:

   a.  Approximately $3,801,034.94 seized from Citibank Account Number 206054579, held in the name of Arthur Ave. Consulting, Inc.;

   b.  Approximately $21,865.67 seized from Citibank Account Number 205912785, held in the name of Arthur Ave. Consulting, Inc.;

STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON          1

      c.      Approximately $2,031,022.25 seized from Bank of America Account Number 325016557963, held in the name of Martel 3D, LLC;

      d.      Approximately $120,883.59 seized from Bank of America Account Number 00571161654, held in the name of Martel 3D, LLC; and

      e.      Approximately $50,000.00 seized from the California Franchise Tax Board, sourced from funds withdrawn from Bank of America Savings Account Number 325016557963, held in the name of Martel 3D, LLC.

Hereinafter, the "forfeited funds."

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. Beginning on September 28, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. The published notice advised all third parties of their right to petition the Court within sixty days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited funds. A Declaration of Publication was filed on October 31, 2019.

4. The United States sent direct written notice by certified mail to the following individuals or entities believed to have an alleged interest in the forfeited funds:

      a.      Mary Ann Dolarian: On November 1, 2019, a notice letter was sent via certified mail to Mary Ann Dolarian at 2525 West Sierra Avenue, Fresno, CA 93711. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.

      b.      Mary Ann Dolarian: On February 20, 2020, a notice letter was sent via certified mail to Mary Ann Dolarian at 2525 West Sierra Avenue, Fresno, CA 937211. The envelope was returned to the U.S. Attorney's Office with a forwarding address of 1140 W. Keats Ave, Fresno, CA 93711-3105.

      c.      Mary Ann Dolarian: On February 25, 2020, a notice letter was sent via certified mail to Mary Ann Dolarian at 1140 W Keats Ave, Fresno, CA 93711-3105. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.

      d.      Martel 3D, LLC: On November 1, 2019, a notice letter was sent via certified mail to Mary Ann Dolarian, the registered agent for service of process of Martel 3D, LLC, at 2525 W. Sierra Ave., Fresno, CA 93711. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.

      e.      Martel 3D, LLC: On February 10, 2020, a notice letter was sent via certified mail to Mary Ann Dolarian, the registered agent for service of process of Martel 3D, LLC, at

2525 West Sierra Avenue, Fresno, CA 937211.  The envelope was returned to the U.S. Attorney's Office with a forwarding address of 1140 W. Keats Ave, Fresno, CA 93711-3105.

    f.  Martel 3D, LLC:  On February 25, 2020, a notice letter was sent via certified mail to Mary Ann Dolarian, the registered agent for service of process of Martel 3D, LLC, at 1140 W Keats Ave, Fresno, CA 93711-3105.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.

    g.  Arthur Ave. Consulting, Inc.:  On November 1, 2019, a notice letter was sent via certified mail to Myron F. Smith, the registered agent for service of process of Arthur Ave. Consulting, Inc., at 1284 W. Shaw Ave., Ste. 103, Fresno, CA 93711.  The envelope was returned to the U.S. Attorney's Office as "no such number, unable to forward."

    h.  Arthur Ave. Consulting, Inc.:  On February 10, 2020, a notice letter was sent via certified mail to Myron F. Smith, the registered agent for service of process of Arthur Ave. Consulting, Inc., at 1284 W. Shaw Ave., Ste. 103, Fresno, CA 93711.  The envelope was returned to the U.S. Attorney's Office as "not deliverable as addressed, unable to forward."

    i.  Interadvisory Ltd.:  On April 24, 2023, a notice letter was sent via certified mail to Interadvisory Ltd., c/o Jessica Rasmussen, Dillon Miller & Ahuja LLP, at 5872 Owens Ave., Suite 200, Carlsbad, CA 92008.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show delivery was made on May 1, 2023.

    j.  The Federal Republic of Nigeria:  On April 24, 2023, a notice letter was sent via certified mail to The Federal Republic of Nigeria, c/o Jovi G. Usude, Law Office of Jovi G. Usude at 14602 Victory Blvd., Suite 220, Van Nuys, CA 91411.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on May 3, 2023.

    k.  The Federal Republic of Nigeria:  On April 24, 2023, a notice letter was sent via certified mail to The Federal Republic of Nigeria, c/o Anthony O. Egbase, A.O.E. Law & Associates, Inc. at 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071.  The envelope was returned to the U.S. Attorney's Office as "insufficient address, unable to forward."

    l.  The Federal Republic of Nigeria:  On May 10, 2023, a notice letter was sent via certified mail to The Federal Republic of Nigeria, c/o Anthony O. Egbase, A.O.E. Law & Associates, Inc. at 800 W. 1st Street, Suite 400, Los Angeles, CA 90012.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on May 13, 2023.

    m.  Societe D'Equipment International Nig. Ltd.:  On October 29, 2020, a notice letter was sent via electronic mail to attorney George Arslanian at gsa@arslanianlaw.us.  Mr. Arslanian confirmed receipt of the email on October 29, 2020.

    n.  Societe D'Equipment International Nig. Ltd.:  On April 24, 2023, a notice letter was sent via certified mail to Societe D'Equipment International Nig. Ltd., c/o George Arslanian, Attorney at Law at 55 Garwood Road, Fair Lawn, NJ 07410-4512.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on May

STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON      3

1, 2023.

5. On June 2, 2023, FRN filed a Petition for an ancillary proceeding asserting it has a superior interest in the forfeited funds because the funds are traceable to their purchase of military equipment from Dolarian that they never received.  The FRN alleges they did not know that Dolarian lacked the requisite State Department approval necessary to broker the sale of military equipment to FRN.  Accordingly, FRN's petition requests the Court enter a Final Order of Forfeiture that reflects their superior interest in the funds forfeited from the defendant in the Preliminary Order of Forfeiture.  *See* ECF No. 48, 99.

6. No other parties have filed petitions to the forfeited funds and the time for any person or entity to file a claim has expired.

7. After reviewing FRN's petition and records from the criminal investigation, the United States acknowledges that FRN has a legal right, title, or interest in the above-listed property and that such right, title, or interest requires the Court to enter a Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for Petitioner's superior interest.  The Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of defendant's interest.

8. Petitioner hereby releases the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the above-listed forfeited funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture, as well as to those now known or disclosed.   Petitioner agrees to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exists in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

9. Petitioner understands and agrees that, by entering into this stipulation, it waives any right to litigate further its ownership interest in the forfeited funds.  Thereafter, if this Stipulation for Final Order of Forfeiture is approved by the Court, then unless specifically directed by an order of the

Court, Petitioner shall be excused and relieved from further participation in this action.

10. The United States reserves the right, in its discretion, to terminate the forfeiture at any time and release the forfeited funds. The United States shall promptly notify Petitioner of such action. A discretionary termination of forfeiture shall not be a basis for any award of fees.

11. The parties agree to execute further documents, to the extent reasonably necessary, to convey clear title and to implement further the terms of this Stipulation.

12. Each party agrees to bear its own costs and attorneys' fees. However, the parties agree that Petitioner Federal Republic of Nigeria shall receive any interest earned by the United States while on deposit in an interest-bearing account, amount to be determined by the Treasury Executive Office for Asset Forfeiture ("TEOAF").

13. The terms of this Stipulation shall be subject to approval by the United States District Court. Violation of any term or condition herein shall be construed as a violation of an order of the Court.

14. The court shall maintain jurisdiction over this matter to enforce the terms of this stipulation.

Dated: December 19, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ Kevin C. Khasigian
JOSEPH D. BARTON
JEFFREY A. SPIVAK
KEVIN C. KHASIGIAN
Assistant United States Attorneys

Dated: August 29, 2024

 /s/ Jovi G. Usude
JOVI G. USUDE
Attorney for Petitioner
Federal Republic of Nigeria
(Original signature retained by attorney)

STIPULATION FOR FINAL ORDER OF FORFEITURE AND ORDER THEREON                5

ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulation for Final Order of Forfeiture is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), recognizing the superior interest of Petitioner Federal Republic of Nigeria in the funds forfeited in the *Amended* Preliminary Order.

Further, all right, title, and interest of Ara Garabed Dolarian, Mary Ann Dolarian, Martel 3D, LLC, Arthur Ave. Consulting, Inc., Interadvisory Ltd., and Societe D'Equipment International Nig. Ltd., are hereby extinguished:

 a. Approximately $3,801,034.94 seized from Citibank Account Number 206054579, held in the name of Arthur Ave. Consulting, Inc.;

 b. Approximately $21,865.67 seized from Citibank Account Number 205912785, held in the name of Arthur Ave. Consulting, Inc.;

 c. Approximately $2,031,022.25 seized from Bank of America Account Number 325016557963, held in the name of Martel 3D, LLC;

 d. Approximately $120,883.59 seized from Bank of America Account Number 00571161654, held in the name of Martel 3D, LLC; and

 e. Approximately $50,000.00 seized from the California Franchise Tax Board, sourced from funds withdrawn from Bank of America Savings Account Number 325016557963, held in the name of Martel 3D, LLC.

Within sixty (60) days from entry of this Stipulation for Final Order of Forfeiture and Order Thereon, the U.S. Customs and Border Protection shall return the above-listed assets to Petitioner, along with any interest earned by the United States while on deposit in an interest-bearing account, as follows: **LAW OFFICES OF JOVI G. USUDE, CLIENT TRUST ACCOUNT WELLS FARGO BANK ACCOUNT NUMBER 2019028406, ROUTING NUMBER 122000247.**

IT IS SO ORDERED.

Dated:   **December 22, 2024**

UNITED STATES DISTRICT JUDGE