

United States District Court
Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 1:19-CR-00138-jJLT-SKO |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| ARA DOLARIAN | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, GEORGE S. ARSLANIAN JR hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: SOCIETE D'EQUIPMENTS INTERNATIONAUX NIG. LTD

On 10/31/1967 (date), I was admitted to practice and presently in good standing in the SUPREME COURT OF NEW JERSEY (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/12/2025          Signature of Applicant: /s/ GEORGE S. ARSLANIAN

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | GEORGE S. ARSLANIAN JR |
| Law Firm Name: | ARSLANIAN LAW OFFICE |
| Address: | 55 GARWOOD RD |
| City: | FAIR LAWN    State: NJ    Zip: 07410 |
| Phone Number w/Area Code: | (201) 522-0969 |
| City and State of Residence: | FAIR LAWN, NEW JERSEY |
| Primary E-mail Address: | gsa@arslanian.us |
| Secondary E-mail Address: | arslan1@msn.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | ALALEH KAMRAN |
| Law Firm Name: | LAW OFFICE OF ALALEH KAMRAN |
| Address: | 16130 VENTURA BLVD, #320 |
| City: | ENCINO    State: CA    Zip: 91436 |
| Phone Number w/Area Code: | (818) 986-6222    Bar #: 158648 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/18/2025

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT