IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ARA DOLARIAN,<br><br>Defendants. | CASE NO. 1:19-CR-00138-JLT-SKO<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS LOCAL COUNSEL** |

The Court, having considered the Motion to Withdraw as Local Counsel filed by Attorney Alaleh Kamran, and finding that good cause exists for withdrawal, hereby ORDERS as follows:

1. The Motion to Withdraw as Local Counsel is GRANTED.
2. Attorney Alaleh Kamran is hereby relieved as local counsel for George S. Arslanian Jr. in this matter.
3. The Court directs the Clerk of the Court to update the docket accordingly.

IT IS SO ORDERED.

Dated: 3/4/2025

*Sheila K. Oberto*
**The Honorable Judge Sheila K. Oberto**
United States Magistrate Judge

-1-